A. H. Sebastian, Appellant, v. School Directors of District Number Fifty-Three, County of Clinton, Appellees.

opinion filed June 14, 1940. Layman & Johnson, for appellant; W. W. Johnson, of counsel; William R. Murphy and Maurice B. Johnston, for appellees. Opinion by PRESIDING JUSTICE STONE. ''Not to be published in full.''

Minnie Andrews, Administratrix of Estate of Frank L. Andrews, Deceased, Appellant, v. Asa Mattewson and Charles W. Henninger, Appellees.

opinion filed June 14, 1940. Ray Stroud and Walter C. Klitzing, for appellant; Arthur Roe, for appellees. Opinion by JUSTICE CULBERTSON. ''Not to be published in full.''